

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Nikolai Nikolaev,                  * From the 39th District
                                      Court of Haskell County,
                                      Trial Court No. 6483.

Vs. No. 11-12-00049-CR           * February 27, 2014

The State of Texas,              * Opinion by Willson, J.
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Chew, sitting
                                      by assignment)
                                      (Bailey, J., not participating)

        This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and a judgment of acquittal is rendered.